██ WARREN W. BADER, as Public Administrator C.T.A. of the Estate of BERYL R. DIGNEY, Deceased, Respondent, v KEVIN A. DIGNEY, Appellant, et al., Defendant. (Appeal No. 1.) [864 NYS2d 364]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered April 20, 2007. The order, insofar as appealed from, denied that part of the motion of defendant Kevin A. Digney to transfer the action to Surrogate's Court.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Bader v Digney* (55 AD3d 1290 [2008]). Present—Hurlbutt, J.P., Smith, Centra, Fahey and Gorski, JJ.